**Fill in this information to identify the case:**

Debtor 1: Percy A. Martin

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Virginia (Alexandria)

Case number: 17-10316-KHK

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

Court claim no. (if known): 12-4

Last 4 digits of any number you use to identify the debtor's account: 7 6 5 5

Date of payment change: 10/01/2019
Must be at least 21 days after date of this notice

New total payment: $ 2,224.66
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 584.54    New escrow payment: $ 535.60

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☐ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☐ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Percy A. Martin | Case number (*if known*) | 17-10316-KHK |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Keith Yacko
Signature

Date  09/06/2019

Print: Keith Yacko
First Name  Middle Name  Last Name

Title  Attorney for Creditor

Company  McMichael Taylor Gray, LLC

Address  3550 Engineering Drive, Suite 260
Number  Street

Peachtree Corners    GA    30092
City    State    ZIP Code

Contact phone  470-289-4347

Email  kyacko@mtglaw.com

SN Servicing Corporation                                                    Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  August 23, 2019

PERCY A MARTIN                                                                  Loan:
ANGELA MARTIN
16626 TELESCOPE LN                         Property Address:
DUMFRIES VA  22026                         16626 TELESCOPE LANE
                                           DUMFRIES, VA  22026

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Dec 2018 to Sept 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Oct 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 1,689.06 | 1,689.06 |
| Escrow Payment: | 584.54 | 535.60 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $2,273.60 | $2,224.66 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jun 01, 2019 |
| Escrow Balance: | (3,091.02) |
| Anticipated Pmts to Escrow: | 2,338.16 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | ($752.86) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (1,876.93) |
| Dec 2018 | | 505.63 | | | * | | 0.00 | (1,371.30) |
| Feb 2019 | | 1,011.26 | | | * | | 0.00 | (360.04) |
| Feb 2019 | | | | 2,004.00 | * | Homeowners Policy | 0.00 | (2,364.04) |
| Mar 2019 | | 505.63 | | | * | | 0.00 | (1,858.41) |
| Apr 2019 | | (505.63) | | | * | | 0.00 | (2,364.04) |
| Apr 2019 | | 505.63 | | | * | | 0.00 | (1,858.41) |
| May 2019 | | 505.63 | | | * | | 0.00 | (1,352.78) |
| Jun 2019 | | 505.63 | | | * | | 0.00 | (847.15) |
| Jun 2019 | | (505.63) | | | * | | 0.00 | (1,352.78) |
| Jun 2019 | | | | 2,189.19 | * | County Tax | 0.00 | (3,541.97) |
| Jun 2019 | | | | 54.68 | * | Sewer/Water Tax | 0.00 | (3,596.65) |
| Jul 2019 | | 505.63 | | | * | | 0.00 | (3,091.02) |
| Aug 2019 | | 505.63 | | | * | | 0.00 | (2,585.39) |
| Aug 2019 | | (505.63) | | | * | | 0.00 | (3,091.02) |
| | | | | | | Anticipated Transactions | 0.00 | (3,091.02) |
| Aug 2019 | | 1,753.62 | | | | | | (1,337.40) |
| Sep 2019 | | 584.54 | | | | | | (752.86) |
| | $0.00 | $5,371.94 | $0.00 | $4,247.87 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation  Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: August 23, 2019

PERCY A MARTIN                                                                                                Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | (752.86) | 2,576.47 |
| Oct 2019 | 535.60 | | | (217.26) | 3,112.07 |
| Nov 2019 | 535.60 | | | 318.34 | 3,647.67 |
| Dec 2019 | 535.60 | 2,124.60 | County Tax | (1,270.66) | 2,058.67 |
| Dec 2019 | | 54.68 | Sewer/Water Tax | (1,325.34) | 2,003.99 |
| Jan 2020 | 535.60 | | | (789.74) | 2,539.59 |
| Feb 2020 | 535.60 | 2,004.00 | Homeowners Policy | (2,258.14) | 1,071.19 |
| Mar 2020 | 535.60 | | | (1,722.54) | 1,606.79 |
| Apr 2020 | 535.60 | | | (1,186.94) | 2,142.39 |
| May 2020 | 535.60 | | | (651.34) | 2,677.99 |
| Jun 2020 | 535.60 | | | (115.74) | 3,213.59 |
| Jul 2020 | 535.60 | 2,189.19 | County Tax | (1,769.33) | 1,560.00 |
| Jul 2020 | | 54.68 | Sewer/Water Tax | (1,824.01) | 1,505.32 |
| Aug 2020 | 535.60 | | | (1,288.41) | 2,040.92 |
| Sep 2020 | 535.60 | | | (752.81) | 2,576.52 |
| | $6,427.20 | $6,427.15 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 1,071.19. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,071.19 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (752.86). Your starting balance (escrow balance required) according to this analysis should be $2,576.47. This means you have a shortage of 3,329.33. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 6,427.15. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 535.60 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $535.60 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **NOTICE OF MORTGAGE PAYMENT CHANGE** in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Percy A. Martin
16626 Telescope Lane
Dumfries, VA 22026

**Via CM/ECF electronic service:**
Trustee
Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314

Tommy Andrews, Jr.
Tommy Andrews, Jr. P.C.
122 North Alfred St.
Alexandria, VA 22314

On this day the 6th of September, 2019.

/s/ Keith Yacko
Keith Yacko
Virginia Bar No. 37854
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
470-289-4347
kyacko@mtglaw.com